SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 07-7057-VBF(JWJx)**                                    Dated: **May 7, 2008**

Title:   Joe Biafora, Jr., et al. *-v-* Ace American Insurance Company, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS):**           **COURT ORDER**

In light of the Notice of Conditional Settlement filed April 21, 2008, the Court sets a hearing on Order To Show Cause Re Dismissal for July 7, 2008 at 8:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

**IT IS SO ORDERED.**

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN

-1-