Norman J. Roger, Esq. (SBN 62554)
Patricia M. Fama, Esq. (SBN 138362)
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

JS -6

#130564
Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BIAFORA JR., an individual, PARADISE LAKES, L.P., and JOE BIAFORA SR., an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ACE AMERICAN INSURANCE COMPANY; ACE AMERICAN POOL aka ACE GROUP OF INSURANCE & REINSURANCE COMPANIES, an unincorporated association, and DOES 1 to 25,<br><br>            Defendants. | Case No.  CV07-07057 VBF<br><br>**STIPULATED DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1), as follows:

- As to the First Cause of Action (Breach of Contract) and Second Cause of Action (Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing) it is dismissed with prejudice, each party to bear its own costs.

- As to the Third Cause of Action (Class Action for Unfair Business Process in Violation of Business and Professions Code § 17200) it is dismissed without prejudice as to each unnamed class member.

IT IS SO STIPULATED.

DATED: May ___, 2008            ROGER, SCOTT & HELMER LLP


                                By: _____
                                    Norman J. Roger
                                    Patricia M. Fama
                                    Attorneys for Defendant ACE
                                    AMERICAN INSURANCE
                                    COMPANY

DATED:  May ___, 2008           SCHIMMEL & PARKS APLC



                                By:_____
                                    Michael W. Parks, Esq.
                                    Attorneys for Plaintiffs, JOE BIAFORA, JR.,
                                    PARADISE LAKES, L.P., and JOE BIAFORA,
                                    SR.

**ORDER**

IT IS SO ORDERED.

DATED:  June 13, 2008

*Valerie Baker Fairbank*

_____
**HONORABLE VALERIE BAKER FAIRBANK**
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA